

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-17-00461-CV

_____

DARRIEN JAMAL GORDON, Appellant

V.

DAVID REDELSPERGER, Appellee

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-280663-15

Before Kerr, Birdwell, and Bassel, JJ.
Supplemental Memorandum Opinion on Remittitur by Justice Bassel

**SUPPLEMENTAL MEMORANDUM OPINION ON REMITTITUR**

On February 14, 2019, this court issued its opinion and rendered judgment in this cause. Among other things, we suggested, under Texas Rule of Appellate Procedure 46.3, a remittitur of $125,000 for the amount of the past and future physical impairment award. *See Gordon v. Redelsperger*, No. 02-17-00461-CV, 2019 WL 619186, at \*15 (Tex. App.—Fort Worth Feb. 14, 2019, no pet. h.) (mem. op.). Appellee David Redelsperger has accepted the suggestion and has filed a motion asking this court to reform the trial court's judgment accordingly. The motion is granted.

In accord with the terms of our original judgment providing that the judgment of the trial court would be affirmed if the suggested remittitur were accepted, we now withdraw that judgment and enter judgment affirming the trial court's judgment.

/s/ Dabney Bassel

Dabney Bassel
Justice

Delivered: March 7, 2019